IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAUSHA LYLES WILLIAMS                                              PLAINTIFF

VS.                          CASE NO. 3:19CV00156 PSH

ANDREW SAUL,
Commissioner, Social
Security Administration                                            DEFENDANT

**ORDER**

Defendant Andrew Saul ("Saul"), in his unopposed motion to reverse and remand (docket entry no. 17) requests this case be reversed and remanded for further administrative proceedings. For good cause shown, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE