# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TAUSHA LYLES WILLIAMS                                          PLAINTIFF

VS.                              No. 3:19-cv-00156 PSH

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                       DEFENDANT

## ORDER

Now before the Court is the plaintiff Tausha Lyles Willams' ("Williams") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Andrew Saul ("Saul") does not oppose the motion.

The Court grants the motion and approves an EAJA award in the amount of $2,899.73 (which includes $29.73 in expenses). There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Williams, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Williams, in care of her attorney, Nicholas L. Coleman, and shall mail the check to Mr. Coleman at his Cave Springs, Arkansas, address.

The motion for fees (docket entry no. 20) is granted.

IT IS SO ORDERED this 12th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE